Marlene R. Finander, *Pro per / pro se*
E-M: mrf-bef2@dslextreme.com
(%) Office of Brian Finander
11875 Pigeon Pass Rd
Moreno Valley CA  92557-6039
(fx):  (888) 340-1655
E-M: nadc@dslextreme.com
**Plaintiff**

Vs.

MORENO VALLEY UNIFIED
DISTRICT ["MVUSD"]
and

And DOES I-X
**Defendants**

FILED
2023 MAY -1  PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:____

FEE PAID

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Marlene R. Finander, *pro per / pro se*     )
                                            )   EDCV23-00774-JGB(SPx)
           V.                               )   [interim-pre-amended (*)] **COMPLAINT**
Moreno Valley Unified School District       )
                                            )   **[civil rights per EEOC letter attached](##)**
           And                              )
DOES I-X                                    )   [timely filed 2 days before stat. of limit. expires]
           Defendants                       )
                                            )   **JURY TRIAL REQUESTED**
.._____    )


## PRE-AMENDED(*) VERIFIED COMPLAINT

[1]  EEOC 90-day right to sue letter *received* **February 2, 2023;**

Letter is attached.  [*statute of limitations expires 5/3/2023*]

[2]  Per FRCP 15(a)(1)(A), Plaintiff timely will amend this complaint before service of process per FRCP 3-6.

.*[signature: Marlene R. Finander]*.  May 1, 2023 at Moreno Valley CA_  .
       **MARLENE R. FINANDER**

I/S

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Los Angeles District Office
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## **DETERMINATION AND NOTICE OF RIGHTS**
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/01/2023

**To:** Mrs. Marlene R. Finander
11875 PIGEON PASS RD B13-225
MORENO VALLEY, CA 92557
Charge No: 480-2023-01295

EEOC Representative and email:   RICHIE QUINTEROS
FEDERAL INVESTIGATOR
RICHIE.QUINTEROS@EEOC.GOV

### **DETERMINATION OF CHARGE**

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### **NOTICE OF YOUR RIGHT TO SUE**

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
02/01/2023

Christine Park-Gonzalez
Acting District Director